663 A.2d 148

Dorothy J. SHAFFER and Stanley M.
Shaffer, Jr., et vir., Appellants,

v.

GREAT LAKES REHABILITATION HOSPITAL, a Pennsylvania
Corporation, Rehab Hospital Services Corporation, a Pennsyl-
vania Corporation, Medical Enterprises, Inc., a Delaware Cor-
poration, Metabolic Disease Associates, Inc., a Pennsylvania
Corporation, Luis R. Visot, M.D., an individual and Theresa J.
Fryer, M.D., an individual, Appellees.

Supreme Court of Pennsylvania.

Argued March 9, 1995.

Decided July 18, 1995.

Reargument Denied Sept. 7, 1995.

Edward G. Shoemaker, Joan Shoemaker, Pittsburgh, for appellants.

Hunter A. McGeary, Jr., J. Lawson Johnson, Dickie, McCamey & Chilcote, Pittsburgh, for Great Lakes Rehab Hosp., Rehab Medical Services Corp. & Medical Enterprises, Inc.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.